IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 JUL 31  PM 4:08
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

JOHN DEUTSH,
        Plaintiff,

-vs-

BONIUK INTERESTS, LTD.,
        Defendant.

CAUSE NO.:
A-15-CA-00400-SS

## ORDER

BE IT REMEMBERED on this day there was presented to the Court the Notice of Voluntary Dismissal [#5] filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

    IT IS ORDERED that the Notice of Voluntary Dismissal [#5] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

SIGNED this the 31st day of July 2015.

                              /s/ Sam Sparks
                              UNITED STATES DISTRICT JUDGE