FILED

2016 MAR 23  AM 11: 16

WESTE...

BY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

JAMIE FERTSCH,

                  **Plaintiff,**

-vs-                                          **Case No.  A-16-CA-400-SS**

PLYCON VAN LINES, INC.,

                  **Defendant.**

---

## O R D E R

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and noting the defendant made an appearance in the case, the Court enters the following order:

IT IS ORDERED that the parties confer and submit a proposed scheduling order for the Court's consideration by **May 23, 2016,** pursuant to Local Rule CV-16(c).  A form of scheduling order is available at

http://www.txwd.uscourts.gov/USDC%20Rules/StandingOrders/Austin/sched-ss.pdf.  Failure to do so may result in the Court entering its own scheduling order with expedited deadlines.

IT IS FURTHER ORDERED that the parties shall, as soon as practicable and in any event at least 21 days before the scheduling order is due, confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Fed. R. Civ. P. 26 (a)(1), and to develop a proposed discovery plan.  The attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for arranging the conference, for attempting in good faith to agree on the



proposed discovery plan, and for submitting to the court within 14 days after the conference a written report outlining the plan.  Fed.R.Civ.P. 26(f).

SIGNED this the 23rd day of March 2016.

_____
UNITED STATES DISTRICT JUDGE